**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6227**

---

QUINTON LEE COOK,

Plaintiff - Appellant,

versus

MR. VAUGHN; W. PERKINS,

Defendants - Appellees.

---

**No. 96-6239**

---

QUINTON LEE COOK,

Plaintiff - Appellant,

versus

MR. THORNBURG; B. T. KORNEGAY,

Defendants - Appellees.

---

Appeals from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, Chief District Judge; W. Earl Britt, District Judge. (CA-96-7-5-BR, CA-96-6-5-F)

---

Submitted:  June 20, 1996          Decided:  June 25, 1996

---

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Quinton Lee Cook, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders denying relief on his 42 U.S.C. § 1983 (1988) complaints. We have reviewed the records and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Cook v. Vaughn, No. CA-96-7-5-BR; Cook v. Thornburg, No. CA-96-6-5-F (Jan. 30, 1996; Jan. 31, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED